FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -8  A 11: 44

CLERK_____
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

VERNON PATTERSON,

    Petitioner,

vs.

ROBERT E. McFADDEN, Warden,

    Respondent.

CIVIL ACTION NO.: CV203-132

## ORDER

Petitioner has filed a "Motion to Request a Nunc Pro Tunc Designation for Order Specifically to Grant Prior Prison Time." (Doc. 21.) Petitioner is asking the court to "revisit" his motion for habeas relief filed pursuant to 28 U.S.C. § 2241, and grant him jail time credit for the period of December 8, 2000, through November 2, 2001. The government has filed a response. For the reasons set forth in the response and in the Report and Recommendation of the Magistrate Judge, Petitioner's instant motion is **DENIED**.

**SO ORDERED**, this 8th day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA